In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00047-CR
NO. 09-16-00048-CR
NO. 09-16-00054-CR

_____

**DON ALLEN DIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 15-08-08778 CR (Counts 1 and 2) and 14-11-12278 CR**

**MEMORANDUM OPINION**

Appellant, Don Allen Dixon, filed a motion to dismiss his appeals. *See* Tex. R. App. P. 42.2(a). The motion is signed by the appellant personally after counsel filed briefs which certify that counsel could find no arguable errors could be advanced to support Dixon's appeals. Therefore, we will treat the motion to dismiss the appeal as a motion that was agreed to by counsel. *See* Tex. R. App. P. 2, 42.2(a).

1

Dixon's motion to dismiss the appeals is granted, and his appeals are therefore dismissed.

APPEALS DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on June 28, 2016
Opinion Delivered June 29, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2